**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  07-cv-00884-REB-MJW

AMY J. STRAILY, individually, and on behalf of herself and all others similarly situated,

     Plaintiff,

v.

UBS FINANCIAL SERVICES, INC.,

     Defendant.

---

**MINUTE ORDER**[1]

---

     The matter comes before the court on the **Defendant's Unopposed Motion for Leave to File Oversized Brief in Response to Plaintiff's Amended Class Action Complaint** [#21], filed June 26, 2007.  The motion is **DENIED**.  The Amended Complaint alleges a readily understood factual scenario, and asserts only two claims for relief, breach of fiduciary duty and breach of the implied covenant of good faith and fair dealing.  Given this relevant context, the defendant does not state in its motion good cause to extend the page limitation beyond 15 pages.

Dated:  June 28, 2007

-----------------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.