# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

**Civil Action No.: 07-cv-00884-REB-KLM**  FTR - Reporter Deck - Courtroom A-501

**Date:   October 22, 2007**  Courtroom Deputy,  Ellen E. Miller

_____

AMY J.  STRAILY,                           Richard B.  Podoll

 **Plaintiff(s),**

v.

UBS FINANCIAL SERVICES, INC.,              Joseph Serino, Jr.

                                           Lee F.  Johnston

 **Defendant(s).**

_____

## COURTROOM   MINUTES  /  MINUTE  ORDER
_____

**HEARING:   STATUS   CONFERENCE**
**Court in Session:**      10:00 a.m.
Court calls case.    Appearance of counsel.

Pursuant to D.C.COLO.LCivR 10.1I it is noted that the proper case number for this action is
**07-cv-00884-REB-KLM**.  Counsel are directed to edit their records accordingly.

Discussion is held regarding the pending referred motions.

**It is ORDERED:**      Plaintiff's MOTION TO AMEND SCHEDULING ORDER [Docket No. 46,
filed October 05, 2007] is  **GRANTED** for reasons as set forth on the record.
The Scheduling Order is amended and the deadline for AMENDMENT OF
PLEADINGS is extended to **JANUARY 21, 2008.**

**It is ORDERED:**      Plaintiff's MOTION TO MODIFY AND/OR CLARIFY THE COURT'S
SEPTEMBER 25TH ORDER STAYING DISCOVERY [Docket No. 47, Filed
October 05, 2007] is **GRANTED IN PART and DENIED  IN  PART**
for reasons as set forth on the record.

The motion is denied as to the request to require Defendants to answer Plaintiff's Interrogatory
No. 3.
The  motion is granted in that the Court confirms its order of September 25th that service of *Subpoena
Duces Tecum* is permitted on third-parties.  The Court's intention in its Order staying

*07-cv-00884-REB-KLM*
*Status Conference*
*October 22, 2007*

discovery is to permit either party to serve *Subpoena Duces Tecum* on third-parties but not *Subpoena Duces Tecum* which require a records deposition - only *Subpoena Duces Tecum* for Production of Documents. The Court notes that the entities  UBS Americas, UBS Securities, and UBS AG are not parties in this litigation and therefore not  subject to the stay order.  Plaintiff may serve *Subpoena Duces Tecum* on those entities and those entities will respond, object, or file motion(s) to quash as they deem appropriate.

The Court notes that its preference regarding the duty to confer under  D.C.Colo.L.Civ.R. 7.1 is that the attorneys confer by telephone or in person, with e-mail conferences as a  last alternative.

HEARING CONCLUDES.

**Court in recess:     10:20 a.m.**
Total In-Court Time:     00:20