IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00884-REB-KMT

AMY J. STRAILY,

    Plaintiff,

v.

UBS FINANCIAL SERVICES, INC.

    Defendant.

---

# ORDER

---

This matter is before the court on Defendant UBS's Final Motion to Extend the Discovery Stay [Doc. No. 66, filed February 11, 2008]. The court has reviewed the motion, together with the Plaintiff's Response to Defendant UBS's Third and "Final" Motion to Stay Discovery [Doc. No. 68, filed February 13, 2008] and the Defendant's Reply in Support of its Final Motion to Extend the Discovery Stay [Doc. No. 69, filed February 15, 2008], together with the Magistrate Judge's previous Orders [Doc. Nos. 42, 52 and 61]. Being fully advised, the court finds the reasons given for Magistrate Judge Mix's previous orders staying discovery in this case remain valid and one last stay is in the interests of justice and will not unduly prejudice any party.

It is therefore ORDERED:

Defendant UBS's Final Motion to Extend the Discovery Stay [Doc. No. 66] is GRANTED. The discovery stay as previously ordered will continue until March 31, 2008.

Dated this 25th day of February, 2008.

BY THE COURT:


s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge