IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00884-REB-KMT

AMY J. STRAILY, individually and on behalf of herself and all others similarly situated,

Plaintiff,

vs.

UBS FINANCIAL SERVICES INC.,

Defendant.

## ORDER AMENDING SCHEDULING ORDER

The Court, having considered the Parties' Stipulated Motion to Amend Scheduling Order, finds that good cause exists to modify certain deadlines set forth in Section 8 of the Court's August 16, 2007 Scheduling Order ("Scheduling Order").

Accordingly, it is ORDERED that Section 8 of the Scheduling Order is hereby amended to state the following (with all other portions of the Scheduling Order remaining the same):

    a. Deadline for Joinder of Parties and Amendment of Pleadings: May 19, 2008

    b. Fact Discovery Cut-Off: October 17, 2008;

    Expert Discovery Cut-Off: December 31, 2008

    c. Dispositive Motion Deadline: January 9, 2009

    d. Expert Witness Disclosure:

(3) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R.Civ. P. 26(a)(2) on or before October 24, 2008.

(4) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R.Civ. P. 26(a)(2) on or before November 19, 2008.

f. Interrogatory Schedule: Served by September 19, 2008.

g. Schedule for Request for Production of Documents and Request for Admissions: Served by September 19, 2008.

ENTERED this _____ day of April, 2008.

By the Court:

*[signature]*
United States Magistrate Judge

3852926_1.DOC