## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 07-cv-00884-REB-KMT

AMY J. STRAILY, individually, and on behalf of herself and all others similarly situated,

    Plaintiff,

v.

UBS FINANCIAL SERVICES, INC.,

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court on the **Plaintiff's Motion to Reconsider Order [Docket #91] Denying Unopposed Motion For Extension of Time Within Which To Respond To Motion For Summary Judgment [Docket #87]** [#92], filed June 10, 2008. Plaintiff's original motion for an extension of time was denied based on REB Civ. Practice Standard II.G.1., which states in relevant part,

> Motions for extension of time require a showing of good cause, which must be established with particularity. Agreement by counsel does not constitute good cause. Unless the circumstances are truly unanticipated and unavoidable, the following do not constitute good cause: . . . press of business; . . .

Despite this clear directive, plaintiff's counsel devotes three entire pages – half the length of the motion – to describing in detail their burdensome and conflicting litigation schedules and the fact that the original request was unopposed. Counsel for plaintiff is advised to read the Court's Practice Standards and conform their conduct thereto in all future dealings with this Court.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

1

Nevertheless, the motion also indicates that plaintiff has only today received a copious number of discovery documents from defendant that may be pertinent to formulating a response to the motion for summary judgment. Based on that representation, the motion for reconsideration is **GRANTED**. Plaintiff shall have until **June 24, 2008**, in which to file a response to the motion for summary judgment.

Dated: June 10, 2008