IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00884-REB-KMT

AMY J. STRAILY,

    Plaintiff,

v.

UBS FINANCIAL SERVICES, INC.

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Unopposed Motion to Extend Discovery and Expert Disclosure Deadlines" (#109, filed October 1, 2008) is GRANTED. The Scheduling Order, as amended on April 11, 2008, is further amended as follows:

    Fact Discovery Cut-Off: December 1, 2008
    Expert Discovery Cut-Off: January 30, 2009
    Dispositive Motion Deadline: February 23, 2009
    Expert Witness Disclosure: December 15, 2008.
    Rebuttal Expert Disclosure: December 31, 2008.
    Schedule for Request for Production of Documents and Request for Admissions: Served by October 31, 2008.
    Class Certification Motion Deadline: December 31, 2008.

No further extensions will be granted.

Dated: October 2, 2008