**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00884-REB-KMT

AMY J. STRAILY, individually, and on behalf of herself and all others similarly situated,

    Plaintiff,

v.

UBS FINANCIAL SERVICES, INC.,

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court on **Plaintiff's Motion For Leave to File Amended Response in Opposition to Defendant's Motion For Summary Judgment [Docket No. 87]** [#123] filed December 5, 2008. The motion is **GRANTED**, and **Plaintiff's Amended Response to Defendant's Motion For Summary Judgment** [#124] is accepted for filing.

    Dated: December 12, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.