IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Case No. 07-cv-00884-REB-KMT

AMY J. STRAILY, individually, and on behalf of herself and all others similarly situated,

    Plaintiff,

v.

UBS FINANCIAL SERVICES, INC.,

    Defendant.

---

# MINUTE ORDER[1]

---

The matter comes before the court on (1) plaintiff's **Unopposed Motion to Expand Page Limits for Class Certification Briefing** [#129] filed December 15, 2008; and (2) **Defendant UBS Financial Services Inc.'s Unopposed Motion for Leave to File Reply to Plaintiff's Amended Opposition to Defendant's Motion for Summary Judgment** [#131] filed December 16, 2008. After reviewing the motions and the file, the court has concluded that both motions should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That plaintiff's **Unopposed Motion to Expand Page Limits for Class Certification Briefing** [#129] filed December 15, 2008, is **GRANTED**;

    2. That the court's page limits shall be expanded to twenty-five (25) pages for both the plaintiff's motion for class certification and defendant's response, and plaintiff's reply shall not exceed fifteen (15) pages;

    3. That **Defendant UBS Financial Services Inc.'s Unopposed Motion for Leave to File Reply to Plaintiff's Amended Opposition to Defendant's Motion for Summary Judgment** [#131] filed December 16, 2008, is **GRANTED**; and

    4. That defendant UBS Financial Services Inc. shall file its reply brief on or before **December 29, 2008**.

    Dated: December 12, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.